UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division – Detroit

| | |
|---|---|
| LITTLE CAESAR ENTERPRISES, INC., *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>WALTERS INVESTMENTS, INC., *et al.*, <br><br>    Defendants. | Case No. 21-cv-12829-TGB-APP |

## ORDER DISMISSING CLAIMS AGAINST MARY GAUDET

Before the Court is the Motion of Plaintiffs Little Caesar Enterprises, Inc., Blue Line Foodservice Distribution, Inc. and LC Trademarks, Inc. to dismiss their claims in this action against Defendant Mary Gaudet pursuant to Federal Rule of Civil Procedure 21. That Motion is hereby **GRANTED**. It is therefore,

**ORDERED** that Plaintiffs' claims in this action against Mary Gaudet are **DISMISSED** as to Ms. Gaudet only, with prejudice, each party to bear its own costs, pursuant to Federal Rule of Civil Procedure 21. This Order has no effect on Plaintiffs' claims against the remaining Defendant.

    SO ORDERED.

Dated: July 5, 2022
                                                  /s/Terrence G. Berg
                                                  HON. TERRENCE G. BERG
                                                  UNITED STATES DISTRICT JUDGE