UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LITTLE CAESAR ENTERPRISES, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> WALTERS INVESTMENTS, INC., <br><br> Defendant. | 2:21-CV-12829-TGB <br><br><br> ORDER REGARDING CLERK'S ENTRY OF DEFAULT <br><br><br> HONORABLE TERRENCE G. BERG |

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested within 14 days of the date of this Order. At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

DATED this 7th day of July, 2022.

                                 BY THE COURT:

                                 /s/Terrence G. Berg
                                 TERRENCE G. BERG
                                 United States District Judge