UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LITTLE CAESAR ENTERPRISES, INC., ET AL.,**  Plaintiffs,  vs.  **WALTERS INVESTMENTS, INC.,**  Defendant. | 2:21-CV-12829-TGB  HON. TERRENCE G. BERG  JUDGMENT |

In accordance with the Opinion and Order issued on this date, **GRANTING** Plaintiffs' Motion for Default Judgment (ECF No. 21), judgment is entered in favor of Plaintiff and it is **ORDERED AND ADJUDGED** that Default Judgment is entered against Defendant Walters Investments, Inc. in the amount of $193,419.03.

Dated at Detroit, Michigan:  January 24, 2023

> KINIKIA ESSEX
> CLERK OF THE COURT
>
> s/A. Chubb
> Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE